```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) CR S-2:10-0364 MCE
                                )
12                  Plaintiff,  ) AMENDED STIPULATION AND
                                ) ORDER RESETTING STATUS CONFERENCE
13        v.                    ) AND EXCLUDING TIME UNDER
                                ) THE SPEEDY TRIAL ACT
14                              )
    SAKANDER SULTAN AMIN        )
15                              )
                    Defendant.  )
16  _____)
17
         The United States of America, through its counsels of record,
18
    Benjamin B. Wagner, United States Attorney for the Eastern District
19
    of California, and Michael M. Beckwith, Assistant United States
20
    Attorney, defendant Sakander Sultan Amin through his counsel of
21
    record, Thomas Johnson, Esq., hereby stipulate and agree that the
22
    status conference set for October 13, 2011, be continued to October
23
    20, 2011
24
         The parties need additional time for preparation.  Therefore,
25
    the parties have agreed and respectfully request that the Court set
26
    the date of October 20, 2011 for status conference.
27
    ///
28

                                   1
```

| | |
|---|---|
| 1 | Accordingly, the parties stipulate that time be excluded |
| 2 | pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United |
| 3 | States Code section 3161(h)(7)(B)(iv), to give the defendants time |
| 4 | to further review the discovery and to adequately prepare |
| 5 | IT IS SO STIPULATED. |

BENJAMIN B. WAGNER
United States Attorney

Dated: October 18, 2011        By: /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: October 18, 2011        By: /s/ Thomas Johnson
                                THOMAS JOHNSON
                                Attorney for Defendant
                                SAKANDER SULTAN AMIN

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

Pursuant to the parties' stipulation, the Court finds excludable time as set forth above to and including October 20, 2011. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The Court specifically finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE