Cristina C. Arguedas (CSB 87787)
Daniel C. Roth (CSB 270569)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Sohail Amin*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00364-MCE |
| | ) |
| Plaintiff, | ) **AMDENDED STIPULATION AND** |
| | ) **ORDER RESETTING STATUS** |
| v. | ) **CONFERENCE AND EXCLUDING** |
| | ) **TIME UNDER THE SPEEDY TRIAL** |
| SOHAIL AMIN, | ) **ACT** |
| | ) |
| Defendant. | ) Date: February 2, 2012 |
| | ) Time: 9:00 a.m. |
| | ) Courtroom 7 |
| _____ | ) Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

November 10, 2011 Status Conference previously continued to January 19, 2012, at

9:00 a.m., be set for February 2, 2012, in the same courtroom, and that the time

beginning November 10, 2011, and extending through February 2, 2012, should be

excluded from the calculation of time under the Speedy Trial Act.  The parties submit

that the interests of justice are served by the exclusion of time, which will the

government additional time to provide relevant discovery and give defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.

18 USC 3161(h)(7)(a) and (b)(iv) and Local T4.  Michael M. Beckwith, Assistant U.S. Attorney, and Cristina C. Arguedas, Attorney for Defendant Sohail Amin, agree to this continuance.

Defendant has in the past two weeks received twelve CD-ROM discs containing discovery, with additional discovery materials still forthcoming.  As such, defense counsel defendant will need more time to prepare, which will include reviewing discovery, discussing that discovery with the defendant, considering new evidence that may affect the disposition of the case, conducting necessary legal research and investigation, and then discussing with the defendant how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED: November 17, 2011        By: /s/ Cristina C. Arguedas_____
                                CRISTINA C. ARGUEDAS
                                Attorney for Defendant
                                SOHAIL AMIN

DATED: November 17, 2011        BENJAMIN WAGNER
                                United States Attorney

                                By: /s/ Michael M. Beckwith__
                                MICHAEL M. BECKWITH Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE