THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00364-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR. |
| vs. | |
| SOHAIL AMIN, and | |
| SAKANDER AMIN, | Date: 4/26/12 |
| | Time: 9:00 a.m. |
| Defendant(s). | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 5, 2012, at 9:00 a.m. is continued to April 26, 2012, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel recently concluded a trial in the Sacramento Superior Court and needs additional time to prepare for the Pre-Sentence Report (PSR). Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. Probation Officer, Ronnie Preap, was informed of the continuance and also agrees to the stipulation.

///

///

///

1

U.S. v. Amin, et al., Case No. 2:10-CR-00364-MCE

**IT IS SO STIPULATED.**

DATED: December 6, 2011      By:    /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
SAKANDER AMIN

DATED: December 6, 2011            BENJAMIN WAGNER
United States Attorney

                                        By:    /s/ Thomas A. Johnson for
MICHAEL BECKWITH
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SAKANDER AMIN, et al., <br> Defendants. | Case No.: 2:10-CR-00364-MCE <br><br> MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | October 20, 2011 <br> (Date of Plea or Verdict) |
| Judgment and Sentencing date: | April 26, 2012 |
| Reply or Statement | April 19, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 12, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 5, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 29, 2012 |

3

U.S. v. Amin, et al., Case No. 2:10-CR-00364-MCE

| | |
|---|---|
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | March 15, 2011 |

Copies of this Modified Schedule shall be provided to the Probation Officer.

IT IS SO ORDERED.

DATED: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE