Cristina C. Arguedas (CSB 87787)
Daniel C. Roth (CSB 270569)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Sohail Amin*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SOHAIL AMIN,<br><br>　　　　　　　　Defendant. | No. 2:10-CR-00364-MCE<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: April 26, 2012<br>Time: 9:00 a.m.<br>Courtroom 7<br>Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the April 5, 2012 Status Conference in the above-captioned matter be set for 9:00 a.m. on April 26, 2012, in the same courtroom, and that the time beginning April 5, 2012, and extending through April 26, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the interests of justice are served by the exclusion of time, which will provide defense counsel reasonable time necessary for effective preparation and to confer with the defendant, taking into account the exercise of due diligence. 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4 (reasonable time for preparation of counsel). Michael M. Beckwith, Assistant U.S. Attorney, and Cristina C. Arguedas, Attorney for Defendant Sohail Amin, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 3, 2012　　　　By: /s/ Cristina C. Arguedas
　　　　　　　　　　　　　　CRISTINA C. ARGUEDAS
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　SOHAIL AMIN

DATED: April 3, 2012　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: /s/ Michael M. Beckwith
　　　　　　　　　　　　　　MICHAEL M. BECKWITH Assistant U.S. Attorney

**IT IS SO ORDERED.**

April 9, 2012

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE