Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

Attorneys for Sohail Amin

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SOHAIL AMIN,<br><br>        Defendant. | No. 2:10-CR-00364-MCE<br><br>**ORDER GRANTING DEFENDANT SOHAIL AMIN'S UNOPPOSED MOTION RESETTING SENTENCING HEARING**<br><br>Date: July 12, 2012<br>Time: 9:00 a.m.<br>Courtroom 7<br>Hon. Morrison C. England |

Good cause appearing, the sentencing hearing currently scheduled for July 12, 2012 at 9:00 a.m. shall be continued to August 30, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1