Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Sohail Amin*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00364-MCE |
| Plaintiff, | |
| vs. | ORDER EXONERATING BOND |
| SOHAIL AMIN, | |
| Defendant. | |

Because Defendant Sohail Amin has been sentenced and has been in custody since January 3, 2013, his bond is hereby exonerated.

IT IS SO ORDERED.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1