THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAKANDER AMIN,<br><br>　　　　Defendant. | Case No.: 2:10-CR-00364-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 14, 2013, at 9:00 a.m. is continued to March 28, 2013, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for sentencing. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: March 11, 2013　　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　SAKANDER AMIN

1

| | | |
|---|---|---|
| 1 | DATED: March 11, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | By: /s/ Thomas A. Johnson for |
| 3 | | MICHAEL BECKWITH<br>Assistant United States Attorney |
| 4 | | |
| 5 | IT IS SO ORDERED. | |
| 6 | Date: March 13, 2013 | |

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE