THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAKANDER AMIN, <br><br> Defendant. | Case No.: 2:10-CR-00364-MCE <br><br> STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 28, 2013, at 9:00 a.m. is continued to April 11, 2013, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for sentencing. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**


DATED: March 26, 2013        By:    /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Defendant
                                    SAKANDER AMIN

| | | |
|---|---|---|
| 1 | DATED: March 26, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | By:  /s/ Thomas A. Johnson for |
| 3 | | MICHAEL BECKWITH<br>Assistant United States Attorney |

      IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE